UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:20-CR-24 |
| | ) |
| BILLY HAUN | ) |

## **REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on September 14, 2020. At the hearing defendant moved to withdraw his not guilty plea to the charges of the Indictment and entered a plea of guilty to the lesser included offense of Count One of the Indictment, that is of conspiracy to distribute and possess with intent to distribute five (5) grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846. 841(a)(1) and 841(b)(1)(B). Defendant also entered a plea of guilty to the charge in Count Seven of the Indictment charging him with conspiracy to commit money laundering, in violation of 18 U.S.C. 18 U.S.C. §§ 1956(h) and 1956(a)(1)(B)(i), in exchange for the undertakings made by the government in the written plea agreement. On the basis of the record made at the hearing, I find the defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; the defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

Therefore, I **RECOMMEND** defendant's motion to withdraw his not guilty plea to the charges of the Indictment be granted, his plea of guilty to the lesser included offense of Count One of the Indictment, charging him with conspiracy to distribute and possess with intent to distribute five (5) grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846. 841(a)(1) and 841(b)(1)(B), and his plea of guilty to the charge in Count Seven of the Indictment charging him with conspiracy to commit money laundering, in violation of 18 U.S.C. 18 U.S.C. §§ 1956(h) and 1956(a)(1)(B)(i), be accepted; the Court adjudicate defendant guilty of those charges; and a decision on whether to accept the plea agreement be deferred until sentencing. I further **RECOMMEND** defendant remain in custody until sentencing in this matter. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

_____
C. Clifford Shirley,
United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen (14) days after the plea hearing. Failure to file objections within fourteen (14) days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).