UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:20-CR-24-4 |
| ) | |
| BILLY HAUN ) | |
| ) | |

## ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation, recommending that the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) grant Defendant's motion to withdraw his not guilty plea to Count One of the Indictment; (3) accept Defendant's plea of guilty to Count One of the Indictment, that is, conspiracy to distribute and possess with intent to distribute five (5) grams or more of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(a)(1)(B); (4) accept Defendants plea of guilty to Count Seven of the Indictment charging him with conspiracy to commit money laundering in violation of 18 U.S.C. §§ 1956(h) and 1956(a)(1)(B)(i); (5) adjudicate Defendant guilty of the charges set forth in Count One and Count Seven of the indictment; and (6) find that Defendant shall remain in custody until sentencing in this matter (Doc. 84.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the

1

Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 84) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) As set forth on the record, Defendant's plea hearing could not be further delayed without serious harm to the interests of justice;

(2) Defendant's motion to withdraw his not guilty plea to Count One and Count Seven of the Indictment is **GRANTED**;

(3) Defendant's plea of guilty to Count One of the Indictment, that is conspiracy to distribute and possess with intent to distribute five (5) grams or more of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(a)(1)(B), is **ACCEPTED.**

(4) Defendant's plea of guilty to Count Seven of the Indictment, charging him with conspiracy to commit money laundering in violation of 18 U.S.C. §§ 1956(h) and 1956(a)(1)(B)(i), is **ACCEPTED**.

(4) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and Count Seven of the Indictment;

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **January 14, 2021 at 10:00 a.m.** before the Honorable Henry S. Mattice, Senior United States District Judge.

**SO ORDERED.**

/s/ *Harry S. Mattice Jr.*
**HARRY S. MATTICE, JR**
**SENIOR UNITED STATES DISTRICT JUDGE**
**November 4, 2020**